## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CENTER FOR ENVIRONMENTAL HEALTH**

        *Plaintiff,*

  v.

**ENTEGRIS INC.**

        *Defendant.*

Case No. 1:24-cv-03078-SLS

**NOTICE OF VOLUNTARY DISMISSAL**

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned action hereby files this notice of voluntary dismissal of this action without prejudice.

Dated: March 24, 2025

Respectfully submitted

*/s/ Robert M. Sussman*
Robert M. Sussman (DC BAR NO 226746)
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, D.C. 20008
(202) 716-0118
Bobsussman1@comcast.net

*/s/ Lucas Williams*
Lucas Williams
Lexington Law Group, LLP
503 Divisadero Street
San Francisco, CA 94117
(415) 913-7800
lwillims@lexlawgroup.com

*Attorneys for Plaintiff*